UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DAREIN R. ASBELL | | |
| | Plaintiff, | NO.  1:16-cv-03022-SAB |
| v. | | |
| PEXCO AEROSPACE, INC. and HERB MARDANY, | | **ORDER OF DISMISSAL** |
| | Defendants. | |

The parties filed a Fed. R. Civ. P. 41 Stipulation of Dismissal. ECF No. 6. Plaintiff is dismissing claims against both Defendants without costs or fees to any party. The claims against Defendant Pexco Aerospace, Inc. are dismissed without prejudice. The claims against Defendant Herb Mardany are dismissed with prejudice. The Court finds good cause to accept the stipulated dismissal.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 6, is **GRANTED**.

2. The above-captioned case is **dismissed** without costs and attorneys' fees to any party. The claims against Defendant Herb Mardany are dismissed with prejudice. The claims against Defendant Pexco Aerospace, Inc. are dismissed without prejudice.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**ORDER OF DISMISSAL # 1**

1    **IT IS SO ORDERED.** The District Court Executive is hereby directed to

2 file this Order, provide copies to counsel, and **close** the file.

3    **DATED** this 5th day of April 2016.

4

5

6 

7

8

9                    Stanley A. Bastian

10              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL #** 2